IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONNY SAVOY,

      Plaintiff,                  No. CIV S-07-1973 LKK GGH P

    vs.

M.C.S.P. CHIEF MEDICAL OFFICER, et al.,

      Defendants.             FINDINGS & RECOMMENDATIONS

        By order filed September 21, 2007, the original complaint in Case No. CIV S 07-1332 LKK GGH P was dismissed, plaintiff Savoy's claims therein were severed from those of plaintiff Bearden, who is proceeding in that case, and this separate civil action was opened for plaintiff Savoy, granting him thirty days to file an amended complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file

1

written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.

DATED: 05/16/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/035
savo1973.fta